# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MICHELLE DEYOUNKS,

    Plaintiff,

v.                                CASE NO. 4:18cv543-RH-EMT

ANDREW SAUL,

    Defendant.

_____/

## **ORDER AFFIRMING THE DENIAL OF BENEFITS**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 17. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The Commissioner's decision denying the plaintiff's application for benefits is affirmed." The clerk must close the file.

SO ORDERED on December 30, 2019.

                                           s/Robert L. Hinkle
                                           United States District Judge